1

2            **UNITED STATES DISTRICT COURT**

3            **EASTERN DISTRICT OF WASHINGTON**

4

5    KENNETH D. MC ELROY,              )
                                       )
6              Plaintiff,              )
                                       )         NO.  CV-08-0281-JPH
7        vs.                           )
                                       )         **JUDGMENT IN A
8    MICHAEL J. ASTRUE,                )         CIVIL CASE**
     Commissioner of Social Security,  )
9                                      )
               Defendant.              )
10                                     )
     _____ )
11

12       **DECISION BY THE COURT:**

13       This action came to hearing before the court.  The issues have been heard

14   and a decision has been rendered.

15       **IT IS ORDERED AND ADJUDGED** that:

16       Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17   Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18       DATED this 12th day of August, 2009.

19                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
20

21

22                                      by:   s/ Pamela A. Howard
                                              Deputy Clerk
23

24

25

26   cc: all counsel